Name: Paul R. James Jr.
Prison Number: 439530
Place of confinement: Goose Creek Correctional Center
Mailing address: 22301 West Alsop Road
City, State, Zip: Wasilla, Ak 99623
Telephone: (907)-864-8100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Paul R. James Jr.,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Terrance Haas,
Baily woolfstead,
Taylor, Attorney General,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-00109-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff:</u> This complaint alleges that the civil rights of Paul R. James Jr.,
(print your name)

who presently resides at Goose Creek Correctional Center, 22301 W. Alsop Road, Wasilla, Ak 99623.
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Terrance Haas__ is a citizen of
____(name)____
__Alaska__, and is employed as a __State Employee of the Court__.
(state)                                        (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__PJ__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Baily Woolfstead Bar #121119__ is a citizen of
____(name)____
__Alaska__, and is employed as a __State Employee of the Court__.
(state)                                        (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__PJ__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Taylor, Attorney General__ is a citizen of
____(name)____
__Alaska__, and is employed as a __State Employee of the Court__.
(state)                                        (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__PJ__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about **11-2023** (Date), my civil right to **Freedom from Cruel and Unusual Punishment.**
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Terrance Haas**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I Plea to all my Constitution, and Amendment Right's, for Compelling and Press to Poblice Action. My judge Terrance Haas, "Violated" all my Constitution, and Amendment Right's for a, "Just and Fair Trial" under Conflict of Inerast Act, and Haas was also taking "Retaliation Act's" on me for making Affidavit's, and Motion's against Bethel, Ak Court House, Haas was one's my PDA Attorney, and Haas performend "Trial Fraud" on my criminal case, their were "NO" Poblice People in my Trial, all witnesses, and Grand jury's were being "Told what to say, and not say". Haas refused me "Wining" my trial, so Haas head my 2 Attorney's Representing the Victem, and the District Attorney. Haas also head the D.A. Tampering with all Evedance's, and all witnesse's, D.A. telling the ~~judge~~, all witnesse's are not alowed to tell the truth and nothing but the truth, judge Haas, "ALOWED" and "GRANTED" the D.A's request to "TAMPERING" with "ALL" Evidance's, and all Witnesse's, on Recerd. I also Mead a "Confedencual Sheald Envilope Statement agains my Attorney Julia." I filed some Affidavit's and Motion's against Bethel, Ak Court House for FRAUD'S, and TORTS, I also filed some Motion's to Fireing my Attorney for Inafective Councel, and Conflict's, but the judge would "NEVER" Answer my Constitution Right's for "just Fair Representation". Haas "Refused" the D.A. "Calling out, I Claim Conflict of Inerast." Haas did not ceair about Conflict, be cause Haas was one's my PDA Attorney on a Criminal case, and for Probation Violation, and Haas "NEW" he was "<u>ACTING UNDER CONFLICT OF INTERAST</u>." Haas also took "Retaliation Act's," on me for making Affidavit's against Bethel, Ak Court system for Violating all my Constitution, and Amendment Right's for, "Just FAIR REPRESENTATION COUNSEL."

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about __11-2023__, my civil right to
(Date)
__Freedom from Cruel and Unusual Punishment.__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Baily Woolfstead, Bar # 1211119__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I Plea to ALL my Constitution, and Amendment Rights, for Compelling and Press to Poblic Action. They were NO Poblic People in my Trial. District Attorney Baily Woolfstead Violated all my Constitution, and Amendment Right's for a "JUST AND FAIR TRIAL". Baily "TAMPERD" with ALL Evidence's, and ALL Witnesse's, and ALL the 12 jury's were being "TAMPERD" by Baily Woolfstead on Recerd. In Trial she told Haas, "I don't want all witnesses telling the Truth and Nothing but the Truth," also Baily Tamperd with the Victem's Evidence, also along with her Travel Agent helping Baily doing it. Also dering my Trial, Baily wanted to have Sex with me in the Holding cell for her NOT to being Sued. On the date 11-2-2023 Baily Woolfstead came down to the Court's Holding cell, and asked the Trooper, "Do Paul James cell have camera inside, the Trooper sed, What, Baily asked again is their a camera in his cell, he told her, YES, then she asked the Trooper, do you have one with NO CAMRA, he answerd NO, then told her, Your NO Alowed to talk with him, then Baily sead, I'm the D.A. of the Court, I do what I want." After she left, the Trooper told the other Trooper, go tell the judge Baily's trying to get with him. Baily Deleated Photo's from the evidenc, after giving the jury's all Pickcher's for evidenc, the D.A. put another women's Pickcher's along with my victem's, ading over 30 more false Evidence, after, feaw day's of trial, Baily got "Reid" of those 30 false evidence's, then Baily started TAMPERING with all Court system, meaning all witnesses, judge, Court of Clerk, and Trooper, and all jury's of the court.

Claim 3: On or about **11-2023** (Date), my civil right to **Freedom from Cruel and Unusual Punishment**
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Taylor, Attorney General.**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I Plea to ALL my Constitution, and Amendment Right's, for Compelling and Press, for Poblic Action.
Attorney General Taylor. Treg R. Taylor, Violated all my Constitution, and Amendment Right's, by "Alowing" Bethel, Ak Court system, to be having "TRIAL FRAUD" alowing his court employee's to Tamper with the court system for "Unfair" trail, Alowing the court system to be "Performing Trial without Poblic People for my Witnesse's." Taylor alowing the judge to Acted Under Conflict, for the Statement's I filed against him and the court system. Treg R. Taylor "FORCED" a "NONE POBLIC TRIAL" for his "Retaliation Act's Against me, to geting me by FALSE CLAIMS ACT", this is also Grand theaft against the Govrement, by ACT'S of FRAUD. See Case Law for my statement. House v. Bell, 547 U.S. 518; Aricle: Defining Innocence, 74 AlB. L. Rev. 1157; Valoaga v. State, _P.3d_, 2025 WL 225324 (Alaska Jan. 17, 2025). See also Law as an Amendment to Another Bill of Agreement. Under my 14th Amendment Rights, I ask the Court of District this Power to being Adopted under Fed. Rules of Joinder of Claims, and Client's Right's to Appointment for Contract Action of Bill of Right's.
Taylor "Did Nathing to STOP the Trial Fraud's". Taylor is the Attorney General of the Court, for the District Attorney's, he Performend "RISK" Act to be geting "PAYED" for Trial Fraud, and Reveange against me for making Affidavit's against Bethel Court system. NOT STOPING CONFLICTS ACTS.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Paul R. James Jr.

Defendant(s): Wuya, Sargent

Name and location of court: U.S. District Federal Court, Anchorage, AK 99513

Docket number: 7-9   Name of judge: Sharon L. Gleason

Approximate date case was filed: 8-2024   Date of final decision: 1-2025

Disposition: _X_ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: Mail Fraud.

b. <u>Lawsuit 2</u>:

Plaintiff(s): Paul R. James Jr.

Defendant(s): Mun, Offical

Name and location of court: U.S. District Fed. Court, Anchorage, AK 99513

Docket number: 6-7, 10   Name of judge: Sharon L. Gleason

Approximate date case was filed: 4-2024   Date of final decision: 9-2024

Disposition: _X_ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: Discrimination Act's.

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_X_ Yes ___ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): Officer, Mun

b. Name of federal court: U.S. District Fed. Court   Case number: 3:24-cv-00092-SLG

c. The case was dismissed as: ___ frivolous, ___ malicious and/or _X_ failed to state a claim

d. Issue(s) raised: Discrimination Act's.

e. Approximate date case was filed: 4-2024   Date of final decision: 9-2024

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): Sargent, Wuya

b. Name of federal court: U.S. District Fed. Court   Case number: 3:24-cv-00170-SLG

c. The case was dismissed as: ___ frivolous, ___ malicious and/or _X_ failed to state a claim

d. Issue(s) raised: Mail Fraud.

e. Approximate date case was filed: 8-2024   Date of final decision: 1-2025

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): Officer, Corragein

b. Name of federal court: U.S. District Fed. Court   Case number: 3:23-cv-00156-SLG

c. The case was dismissed as: ___ frivolous, ___ malicious and/or _X_ failed to state a claim

d. Issue(s) raised: Cruel and Unusual Punishment.

e. Approximate date case was filed: 7-2023   Date of final decision: NA

4. **Are you in imminent danger of serious physical injury?** _X_ Yes ___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: End of the month 4-2025, a Correctional Officer was telling 2 women C.O.'s, Linkenlion, and Carreas, "if I can gest slam him to the ground and stamp on his head hell be done," the next day he again told these 2 women he wanted to kill me, these 2 women "NOT REPORTING" this killing Threat, they are thinking the same Act of wanting to kill me for the Lawsuit to end. Offical's name. Loutzenhiser that wanted to kill me to STOP the Lawsuits.

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 10 Million.

2. Punitive damages in the amount of $ 10 Million.

3. An order requiring defendant(s) to Sommend to Court, under 28 USCS § 2410; Sec. 1444.

4. A declaration that Forma Pauperis, under 28 U.S.C. § 1915; Sec. 7424, 7425 or 7426.

5. Other: USCS Fed Rules Civ Proc R 24; Sec. 1101(a); Sec. 363(f); 1998 Enacted H.R.6, 105 Enacted H.R.6, 112 Stat. 1581. My 14th PJ Amendment Rights for Class Action.

Plaintiff demands a trial by jury. PJ X (Yes) _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at GCCC, 22301 W. Alsop Road, Wasilla, Ak on 5-27-2025
(Location) 99623 (Date)

___Paul R. James Jr___
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)           (Date)

Attorney's Address and Telephone Number

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA
222 West 7th Avenue #4
Anchorage, Alaska 99513-7564
(907) 677-6100

## INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

If you are representing yourself without a lawyer, you should carefully read this Court's handbook, "Representing Yourself in Alaska's Federal Court," which can be obtained from the Clerk's Office. The handbook should help guide you in proceeding on your own before this Court.

A civil rights suit, under 42 U.S.C. § 1983, is an action against a person who has acted under **color of state law** (such as a state official or employee) to deprive a person of rights under the Constitution or laws of the United States. To bring a civil rights action, you must have had **your** civil rights violated. You may not normally sue a defendant for the violation of someone else's civil rights. Your complaint can be brought in this Court only if at least one of the named defendants is located within this district (Alaska).

Civil rights suits filed by inmates generally involve **conditions of confinement**. An action under § 1983 may not be used to challenge your conviction, or the length of your sentence. Such claims must be brought in a petition for writ of *habeas corpus*, on forms provided by the Court.

As explained below, check to make sure to send the following (fully completed) to the Court:
1. ☒ JS-44 Civil Cover Sheet
2. ☒ § 1983 complaint form
3. ☒ Summons forms
4. ☒ $405 filing fee *or* Prisoner's Application to Waive Prepayment of the Filing Fee, with certified prison trust account statements for the past six months

<u>YOU MUST COMPLY WITH THE FOLLOWING INSTRUCTIONS BEFORE THE CLERK WILL FILE YOUR COMPLAINT.</u>

To start an action you should file your case on the § 1983 complaint form provided by the Court. You should also keep a copy for your own records.[1] Your complaint must list ALL the defendants.

Your complaint and all other documents must be legibly handwritten or typewritten. **Do not write on the back of the complaint form.** If you need more space, attach additional sheets of paper of the same (8 ½ x 11) size.

You are required to give **dates** and **facts** in support of each claim. Please write the facts in your own words, as if you were briefly telling someone what happened to you. Describe how each defendant, by name, violated your civil rights. You must sign and declare under penalty of perjury that all facts in your complaint are correct. THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

Under 42 U.S.C. § 1997e, you are required to **exhaust your administrative remedies** (generally, the prison grievance process) before filing a civil rights action. Otherwise, your complaint may be dismissed.

You are required to present the following documents with your complaint:

(1) A completed JS-44, **Civil Cover Sheet**.
(2) A **summons** for each defendant, which must include:
   (a) the case caption identical to the case caption on the complaint listing ALL DEFENDANTS;
   (b) the complete name and address of the specific defendant to be served (if known); and
   (c) your name and address under "plaintiff's attorney."

You must send either the **$405.00 filing fee** or, if you are unable to pay the full filing fee at this time, a fully completed **Prisoner's Application to Waive Prepayment of Fees**, with all required documentation. **Carefully read** the information sheet, and fully fill out the form, if you chose to apply to waive prepayment of fees. You must use the application form provided by the Court, and not any other version. Keep a copy for your own records.

---

[1] If you request copies of Court documents from the Clerk of Court, they will be provided to you at fifty cents per page. Unless the Court orders otherwise, this is the case even if prepayment of fees has been waived.

If you apply to waive prepayment of fees and you have, on three or more occasions, while incarcerated or detained, filed actions or appeals which were **dismissed** as **frivolous, malicious, or for failure to state a claim** upon which relief may be granted, you may not file a new § 1983 action without first paying the **entire** filing fee, unless you are in imminent danger of serious physical injury.

In addition, the Court is required to review your complaint before service, and to dismiss if your action (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief. When an action is dismissed, the Court keeps the entire filing fee to cover the costs of processing the case. **No part of the fee will be returned** to you; instead, the Court continues to collect the fee until it is **paid in full**.

Once completed, all forms and your filing fee or application to waive prepayment of fees, should be sent to:

> Clerk of Court
> United States District Court
> District of Alaska
> 222 W. 7th Avenue, Box 4
> Anchorage, Alaska 99513-7564

You will be notified as soon as the Court issues an order in your case. It is your responsibility to keep the Court informed of any <u>changes</u> of <u>address</u> to ensure you receive Court orders. If you do not, your case may be dismissed.

**Filing Documents <u>After</u> Service of the Complaint has been Ordered:**

You must serve the defendant(s) with a copy of every document you send to the Court for filing. Each document should have a proper "Certificate of Service." The following is an example of a certificate of service, which should appear following your signature at the end of the document:

> I hereby certify that a copy of the above <u>(name of document)</u> was mailed, first class, U.S. mail, to <u>(name of opposing party or counsel)</u> at <u>(address)</u> on <u>(date of mailing/handing to correctional officer)</u>.

Copies going to: Washington DC, Supreme Court, and to Bethel, AK Court.

(Signature)
Paul James Jr.

Paul James #439530
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, Ak 99623



Clerk of Court
U.S. District Court
Fed. Building, U.S. Court House
222 W. 7th Avenue, #4
Anchorage, Ak 99513-7564