

# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC

Statement Date: 04/01/2025 To: 05/07/2025

---

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 439530 | Location | GOOSE CREEK CC | Cell: G16 T |
|---|---|---|---|---|
| Offender Name: | JAMES, PAUL R | | | |

| Account: | CHECKING |
|---|---|
| Account | 202.66 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 1.09 |
| 3530026-21 | 04/03/2025 | 291 -PAYROLL | 0.00 | 109.07 | 110.16 |
| 3530083-1 | 04/03/2025 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -43.63 | 0.00 | 66.53 |
| 3530084-1 | 04/03/2025 | 50 -MEDICALCO- / MEDICAL CO-PAYMENT | -5.00 | 0.00 | 61.53 |
| 3530885-24 | 04/07/2025 | 801 -GCCCCOMMIS | -28.50 | 0.00 | 33.03 |
| 3530893-24 | 04/07/2025 | 801R -GCCCCOMMIS | 0.00 | 28.50 | 61.53 |
| 3530894-24 | 04/07/2025 | 850 -GCCCPRISON | -28.50 | 0.00 | 33.03 |
| 2815204-0 | 04/16/2025 | 2 -TILL 10123 RECEIPT / CALISTA CORP | 0.00 | 361.76 | 394.79 |
| 3531612-6 | 04/16/2025 | 802 -GCCCCOPIES / GCCCCOPIES | -7.20 | 0.00 | 387.59 |
| 3531950-20 | 04/21/2025 | 850 -GCCCPRISON | -20.25 | 0.00 | 367.34 |
| 3532691-6 | 05/01/2025 | 234 -CK INMATE / WALKENHORS | -121.81 | 0.00 | 245.53 |
| 3533274-20 | 05/05/2025 | 291 -PAYROLL | 0.00 | 45.22 | 290.75 |
| 3533323-1 | 05/05/2025 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -18.09 | 0.00 | 272.66 |
| 3533635-23 | 05/06/2025 | 850 -GCCCPRISON | -70.00 | 0.00 | 202.66 |
| | | Ending Balance | | | 202.66 |

| Account: | SAVING |
|---|---|
| Account | 0.00 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Date: 05/07/2025 16:15    Created By: jsowards    Page 606 of 119

ACOMS/OTA/Inmate Bank Requirement



# State of Alaska Department of
## Deposit Receipt

| | |
|---|---|
| Offender Name: | JAMES, PAUL R |
| Offender Number: | 439530 |
| Offender Location / Housing: | GOOSE CREEK CC    G 16 T |
| Receipt Date: | 04/16/2025 |
| Type: | BUSINESS CHECK |
| Reference/Check No: | 0000453994 |
| Receipt No: | 2815204 |
| Receipt Location: | GOOSE CREEK CC |
| Depositor Name: | CALISTA CORPORATION |
| Depositor No: | 208645 |
| Checking Amount: | $ 361.76 |

I Paul James Sig this day 5-27-2025, I have about 100.00 Dollars in my account now, next week it will be lest then that for my Commisary on the date 6-2-2025.



# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC

Statement Date: 03/11/2025  To: 04/04/2025

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 439530 | Location | GOOSE CREEK CC | Cell: G16 T |
|---|---|---|---|---|
| Offender Name: | JAMES, PAUL R | | | |

| Account: | CHECKING |
|---|---|
| Account | 61.53 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 6.09 |
| 3528768-40 | 03/18/2025 | 50   -MEDICALCO- / 682290-50 | -5.00 | 0.00 | 1.09 |
| 3530026-21 | 04/03/2025 | 291  -PAYROLL | 0.00 | 109.07 | 110.16 |
| 3530083-1 | 04/03/2025 | 8    -CHILDSUPPO / CHILD SUPPORT 40% | -43.63 | 0.00 | 66.53 |
| 3530084-1 | 04/03/2025 | 50   -MEDICALCO- / MEDICAL CO-PAYMENT | -5.00 | 0.00 | 61.53 |
| | | Ending Balance | | | 61.53 |

| Account: | SAVING |
|---|---|
| Account | 0.00 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Date: 04/04/2025 13:37      Created By: jsowards                              Page  558  of  108
ACOMS/OTA/Inmate Bank Requirement
Case 3:25-cv-00109-SLG     Document 1-1     Filed 06/02/25     Page 3 of 5



# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC
Statement Date: 07/01/2024 To: 01/01/2025

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 439530 | Location | GOOSE CREEK CC | Cell: G10 T |
|---|---|---|---|---|
| Offender Name: | JAMES, PAUL R | | | |

| Account: | CHECKING |
|---|---|
| Account | 7.84 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 165.53 |
| 3503229-21 | 07/01/2024 | 850 -GCCCPRISON | -65.00 | 0.00 | 100.53 |
| 3503321-22 | 07/02/2024 | 801 -GCCCCOMMIS / 617742 | -6.40 | 0.00 | 94.13 |
| 3503321-22 | 07/02/2024 | 801 -GCCCCOMMIS / 618167 | -69.27 | 0.00 | 24.86 |
| 3503452-1 | 07/03/2024 | 234 -CK INMATE / BOOKNTHING | -23.95 | 0.00 | 0.91 |
| 3505158-21 | 07/16/2024 | 850 -GCCCPRISON | -0.91 | 0.00 | 0.00 |
| 3507105-22 | 08/05/2024 | 291 -PAYROLL | 0.00 | 36.62 | 36.62 |
| 3507169-1 | 08/05/2024 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -14.65 | 0.00 | 21.97 |
| 3507170-1 | 08/05/2024 | 50 -MEDICALCO- / MEDICAL CO-PAYMENT | -5.00 | 0.00 | 16.97 |
| 3507171-1 | 08/05/2024 | 802 -GCCCCOPIES / COPIES | -2.40 | 0.00 | 14.57 |
| 3508037-11 | 08/13/2024 | 850 -GCCCPRISON | -14.57 | 0.00 | 0.00 |
| 2783609-0 | 08/13/2024 | 2 -TILL 10123 RECEIPT / CALISTA CORP | 0.00 | 36.38 | 36.38 |
| 3508895-19 | 08/26/2024 | 850 -GCCCPRISON | -36.38 | 0.00 | 0.00 |
| 3509797-22 | 09/05/2024 | 291 -PAYROLL | 0.00 | 65.04 | 65.04 |
| 3509866-1 | 09/05/2024 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -26.02 | 0.00 | 39.02 |
| 3510733-29 | 09/09/2024 | 850 -GCCCPRISON | -39.00 | 0.00 | 0.02 |
| 3512911-22 | 10/04/2024 | 291 -PAYROLL | 0.00 | 61.72 | 61.74 |
| 3512979-1 | 10/04/2024 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -24.69 | 0.00 | 37.05 |
| 3513624-27 | 10/07/2024 | 850 -GCCCPRISON | -34.00 | 0.00 | 3.05 |
| 3514164-2 | 10/15/2024 | 802 -GCCCCOPIES / GCCC COPY | -2.10 | 0.00 | 0.95 |
| 3516177-21 | 11/05/2024 | 291 -PAYROLL | 0.00 | 64.90 | 65.85 |
| 3516252-1 | 11/05/2024 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -25.96 | 0.00 | 39.89 |
| 3516605-9 | 11/07/2024 | 802 -GCCCCOPIES / GCCC COPY | -0.30 | 0.00 | 39.59 |
| 3516893-25 | 11/12/2024 | 850 -GCCCPRISON / 654321 | -30.00 | 0.00 | 9.59 |
| 3516918-25 | 11/12/2024 | 850R -GCCCPRISON / 654321 | 0.00 | 30.00 | 39.59 |
| 3516921-26 | 11/12/2024 | 850 -GCCCPRISON / 654321 | -30.00 | 0.00 | 9.59 |
| 3519227-21 | 12/06/2024 | 291 -PAYROLL | 0.00 | 61.24 | 70.83 |
| 3519294-1 | 12/06/2024 | 8 -CHILDSUPPO / CHILD SUPPORT 40% | -24.50 | 0.00 | 46.33 |
| 3519790-24 | 12/10/2024 | 850 -GCCCPRISON / 654321 | -46.33 | 0.00 | 0.00 |
| 2799045-0 | 12/10/2024 | 2 -TILL 10123 RECEIPT / CALISTA CORP | 0.00 | 119.21 | 119.21 |
| 3521179-36 | 12/31/2024 | 50 -MEDICALCO- / 550465-50 | -5.00 | 0.00 | 114.21 |
| 3521147-20 | 12/31/2024 | 801 -GCCCCOMMIS / 675285 | -7.60 | 0.00 | 106.61 |
| 3521147-20 | 12/31/2024 | 801 -GCCCCOMMIS / 675603 | -98.77 | 0.00 | 7.84 |



# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### GOOSE CREEK CC

Statement Date: 07/01/2024  To:  01/01/2025

**ACCOUNT TRANSACTION DETAIL:**

| | | | |
|---|---|---|---|
| Offender No: | 439530 | Location  GOOSE CREEK CC | Cell: G10 T |
| Offender Name: | JAMES, PAUL R | | |

| | | |
|---|---|---|
| | Ending Balance | 7.84 |

| | |
|---|---|
| Account: | SAVING |
| Account | 0.00 |

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

Date: 01/29/2025 13:48   Created By:  jsowards   Page  2  of   2
ACOMS/OTA/Inmate Bank Requirement
Case 3:25-cv-00109-SLG     Document 1-1     Filed 06/02/25     Page 5 of 5